**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GLORIA RUBIO,

        Plaintiff,

v.

COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS A NOMINEE FOR LENDER; and DOES 1 through 50, inclusive,

        Defendants.

**No. C 09-05249 RS**

**ORDER SETTING CONSENT/DECLINATION DEADLINE**

Defendants have filed a motion to remand and a motion to strike, dockets [8] and [9] in the above-captioned matter. The motions are noticed for hearing on **January 13, 2010, at 9:30 a.m.** In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than **December 30, 2009**.

IT IS SO ORDERED.

Dated: 12/14/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE