*E-Filed 12/14/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA RUBIO,<br><br>    Plaintiff,<br>v.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC., AS A<br>NOMINEE FOR LENDER; and DOES 1<br>through 50, inclusive,<br><br>    Defendants.<br>_____/ | **No. C 09-05249 RS**<br><br>**ORDER SETTING<br>CONSENT/DECLINATION<br>DEADLINE** |

Defendants have filed a motion to remand and a motion to strike, dockets [8] and [9] in the above-captioned matter.  The motions are noticed for hearing on **January 13, 2010, at 9:30 a.m.**  In accordance with Civil Local Rule 73-1, all parties are directed to file their consents or declinations to magistrate judge jurisdiction no later than **December 30, 2009**.

IT IS SO ORDERED.

Dated: 12/14/09

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

1