**\*E-Filed 01/06/2010\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLORIA RUBIO,<br><br>                Plaintiff,<br>   v.<br><br>COUNTRYWIDE HOME LOANS, INC.;<br>MORTGAGE ELECTRONIC<br>REGISTRATION SYSTEMS, INC.; AS A<br>NOMINEE FOR LENDER; and DOES 1<br>through 50, inclusive,<br><br>                Defendants.<br>_____/ | **No. C 09-05249 RS**<br><br>**ORDER TO SHOW CAUSE** |

        Plaintiff Gloria Rubio ("Rubio") initiated this case by filing a complaint against defendants Countrywide Home Loans, Inc. ("Countrywide") and Mortgage Electronic Registration Systems, Inc. ("MERS") in Monterey Superior Court in October 2009. The complaint alleges violations of the Truth in Lending Act, 15 U.S.C. § 1601, along with other state and federal claims, in relation to Rubio's residential mortgage loan transaction. Countrywide and MERS removed the case to this Court in November 2009 and have moved to dismiss for failure to state a claim, pursuant to Federal Rule of Civil Procedure 12(b)(6).

        The motion to dismiss was filed December 11, 2009, and noticed for hearing on January 13, 2010. Under Civil Local Rule 7-3(a), Rubio's opposition was due no less than 21 days before the

1

1 hearing date. No such opposition, however, has been received or served, and the due date has now
2 passed.
3    The hearing scheduled for January 13, 2010, is hereby vacated. No later than **January 20,**
4 **2010**, plaintiff shall file a response to this order showing cause why this action should not be
5 dismissed in its entirety. If defendants wish to file a reply to plaintiff's response, they should do so
6 no later than **January 27, 2010**. The parties shall appear for a show cause hearing in Courtroom 4,
7 5th Floor, United States Courthouse, 280 South First Street, San Jose, California, on **February 3,**
8 **2010, at 9:30 a.m.** Failure by plaintiff to respond by the deadline herein or appear at the show
9 cause hearing may result in summary dismissal.

   IT IS SO ORDERED.

Dated: 01/06/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

2

No. C 09-05249 RS
ORDER