*E-Filed 6/4/10*

John W. Amberg, California Bar No. 108166
Alfred Shaumyan, California Bar No. 266908
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401-2386
Telephone:   (310) 576-2100
Facsimile:    (310) 576-2200
E:Mail:        jwamberg@bryancave.com
                 alfred.shaumyan@bryancave.com

Attorneys For Defendants
COUNTRYWIDE HOME LOANS, INC.
and MORTGAGE ELECTRONIC REGISTRATION
SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLORIA RUBIO,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE HOME LOANS, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS A NOMINEE FOR LENDER and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No. CV09-05249 RS<br><br>**[PROPOSED] ORDER EXPUNGING NOTICE OF PENDENCY OF ACTION (LIS PENDENS) CONCERNING PROPERTY LOCATED AT 842 CACTUS COURT, SALINAS, CALIFORNIA, 93905**<br><br>[Filed concurrently with Joint Stipulation for Order Expunging Notice of Pending Action (Lis Pendens)] |

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614

SM01DOCS\787870.1

[PROPOSED] ORDER EXPUNGING LIS PENDENS

Having read and reviewed the Stipulation To Expunge Notice of Pendency of Action submitted by all parties, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1) The Notice of Pendency of Action [Lis Pendens] recorded October 8, 2009 as Document # 20090063700 with the Monterey County Recorder shall be, and hereby is, expunged. The Lis Pendens pertains to real property located at 842 Cactus Court, Salinas, California, 93905, bearing Assessor Parcel Number 153-561-061.  The property is legally described as:

> LOT 18, IN BLOCK 14, AS SHOW IN THE MAP ENTITLED "TRACT NO. 1332, UNIT NO. 5, CHAPARRAL" FILED NOVEMBER 24, 1999, IN THE OFFICE OF THE COUNTY RECORDER OF THE COUNTY OF MONTEREY, STATE OF CALIFORNIA, VOLUME 20 OF MAPS, "CITIES AND TOWNS", AT PAGE 32.

2) The complaint in this lawsuit having been dismissed without prejudice on February 04, 2010, no undertaking need be posted by Countrywide Home Loans, Inc. because the complaint herein does not state a real property claim within the meaning of Code of Civil Procedure § 403.31 and/or Plaintiffs have failed to establish the probable validity of any claim within the meaning of Code of Civil Procedure § 405.32.

IT IS SO ORDERED.

Dated:   6/3/10

_____
United States District Judge Richard Seeborg

Respectfully submitted:

**BRYAN CAVE LLP**

By: /s/ Alfred Shaumyan
Alfred Shaumyan
Attorneys for Defendants
COUNTRYWIDE HOME LOANS, INC. and
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

BRYAN CAVE LLP
1900 MAIN STREET, SUITE 700
IRVINE, CALIFORNIA 92614